UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AKRF, INC.,

                    Plaintiff,

    -against-

AMERICAN SAFETY CASUALTY
INSURANCE COMPANY,

                    Defendant.

Case No. 08 CV 8524
(JGK) (THK)

ECF CASE

Corrected
SECOND REVISED
SCHEDULING ORDER

This Order supersedes the July 24, 2009 Revised Scheduling Order. Section 3 of the December 9, 2008 Scheduling Order is revised to the extent stated below:

3. **Discovery Plan**

    A.    All discovery will be completed by October 23, 2009.

    C.    All depositions (expert and non-expert) shall be completed by October 23, 2009. The extension beyond October 8, 2009 is solely to permit defendant to conduct the non-party deposition of Christopher Scanlon. No discovery other than the Scanlon deposition will be permitted after October 8, 2009 without leave of Court.

    L.    All potentially dispositive motions should be filed by November 13, 2009.

    M.    Joint pre-trial order and other trial information due December 14, 2009 or 30 days after a decision on any dispositive motion, whichever is later.

    N.    Ready-Trial date, 48 hours notice is January 4, 2010, or 40 days after a decision on any dispositive motion, whichever is later.

HON. JOHN G. KOELTL
United States District Judge